**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  REINHART, LORI A.           §   Case No. 12-18322
                                    §
                                    §
                                    §
            Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 05/03/2012. The undersigned trustee was appointed on 11/10/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $       38,291.11

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 14,058.72 |
| Bank service fees | 178.38 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 24,054.01 |

The remaining funds are available for distribution.

---
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/30/2018 and the deadline for filing governmental claims was 10/30/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,441.08. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,441.08, for a total compensation of $2,441.08[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $62.08 for total expenses of $62.08[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/19/2018                                By: /s/ Richard J. Mason
                                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 12-18322 | Trustee Name: | (330470) Richard J. Mason |
| Case Name: | REINHART, LORI A. | Date Filed (f) or Converted (c): | 05/03/2012 (f) |
| | | § 341(a) Meeting Date: | 07/20/2012 |
| For Period Ending: | 12/19/2018 | Claims Bar Date: | 04/30/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1406 Amherst Drive, Schaumburg, IL, 60194-0000, Cook<br>. Entire property value: $250,000 | 125,000.00 | 0.00 | | 0.00 | FA |
| 2 | cash<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Int. in Ins. policies: Checking account at Heritage Bank of Schaumburg | 0.00 | 0.00 | | 0.00 | FA |
| 4 | checking account at Heritage Bank of Schaumburg<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 5 | 1/2 interest in 2 telvisions, computer, 4 beds,<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | personal clothing<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | wedding ring<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | video camera, eliptical and other hobby equipmen<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 9 | death benefit life insurance policy through AIG<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100,000.00 | 0.00 | | 0.00 | FA |
| 10* | Personal Injury Settlement Proceeds (u) (See Footnote) | 63,918.80 | 38,291.11 | | 38,291.11 | FA |
| 11 | 4 beds, 3 dressers, pool table, loveseat, kitchenette set, 2 couches, desk (u) | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | **Assets Totals (Excluding unknown values)** | **$293,618.80** | **$38,291.11** | | **$38,291.11** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 12-18322  
**Case Name:** REINHART, LORI A.  
**For Period Ending:** 12/19/2018

**Trustee Name:** (330470) Richard J. Mason  
**Date Filed (f) or Converted (c):** 05/03/2012 (f)  
**§ 341(a) Meeting Date:** 07/20/2012  
**Claims Bar Date:** 04/30/2018

RE PROP# 10    Settlement funds approved by 2/22/2018 court order.

Total gross settlement proceeds ($63,918.80) of the Settlement Award were held by Settlement Alliance, a court approved fiduciary tasked with distributing settlement proceeds (see page 2 of the Motion, Docket # 30 for details).

Prior to Estate proceeds there were a number of deductions that were approved:
(1) $3,195.94 was paid to Federal Multidistrict Litigation Assessment representing the court approved 5% gross award from the Settlement.
(2) Baron & Budd, P.C. - (PI Attorneys' Fee) was paid $15,180.71 as a 25% contingency fee of the settlement for Personal Injury Attorney Fees.
(3) Baron & Budd, P.C. (Attorney Expenses) was paid $1,653.84 for attorney expenses as negotiated and agreed to in the Settlement Order.
(4) $5,597.20 for Medical Liens was paid after Mulitidistrict Litigation Assessment and Personal Injury attorney fees/expenses were disbursed.

Total proceeds to the Chapter 7 Lori A. Reinhart Bankruptcy Estate, after all approved deductions were disbursed/paid, is the remaining $38,291.11.

The funds were received on May 30, 2018 and deposited the next day into the Reinhart Estate.

**Major Activities Affecting Case Closing:**

Debtor Lori A. Reinhart filed for bankruptcy on May 3, 2012. Trustee Mason reviewed the case and determined there were no assets and an NDR was filed on August 3, 2012.

After the closing of the case the U.S. Trustee received notification that the Debtor is entitled to a gross settlement award of $63,918.80 for a mesh products liability claim (Case Number: 2:14-CV-17411 in the US District Court for the Southern District of West Virginia. Defendants: Mentor Worldwide, LLC and Coloplast Corporation)

Prior to filing the bankruptcy case, the Debtor unknowingly had a defective devise implanted, and post-petition, filed a product liability action to recover damages. Upon information and belief, the U.S. Trustee believes that the proceeds from the settlement may be property of the estate pursuant to 11 U.S.C. § 541(a). The case was officially reopened and Trustee Mason was reassigned.

Trustee hired outside counsel, approved by court order, to assist with this matter. Counsel is still trying to negotiate a settlement involving the defendant and debtor's lawyer. We are waiting for a response to our proposal for the lawyer to compromise his fees as of Nov. 1, 2017

Trustee's counsel concluded his study and informed the Trustee that he believes assets will be collected in this case. Thus a Report of Assets and Request for Claims Bar Date was filed on the docket on 1/15/2018 setting a bar date of April 30, 2018. Only one claim was filed.

The personal injury settlement funds were received on May 30, 2018 for $38,291.11 and deposited the next day. Trustee's counsel was paid the following week. Case was put on hold to find and hire a Tax Accountant for Estate funds in 2017-2018. An accountant was found and hired in September 2018. The accountant finalized the Estate tax returns in late October 2018 and payment was sent to accountant as ordered in early November 2018.

The Estate can now be closed and distributions made. There will be a large surplus to the debtor in this case due to the lack of creditors that filed proofs of claim.

**Initial Projected Date Of Final Report (TFR):** 04/01/2018     **Current Projected Date Of Final Report (TFR):** 04/01/2019

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 3

**Case No.:** 12-18322
**Case Name:** REINHART, LORI A.

**For Period Ending:** 12/19/2018

**Trustee Name:** (330470) Richard J. Mason
**Date Filed (f) or Converted (c):** 05/03/2012 (f)
**§ 341(a) Meeting Date:** 07/20/2012
**Claims Bar Date:** 04/30/2018

12/19/2018
Date

/s/Richard J. Mason
Richard J. Mason

Form 2

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 12-18322 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | REINHART, LORI A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0546 | Account #: | ******3000 Bankruptcy Estate of Lori A. Reinhart |
| For Period Ending: | 12/19/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/30/18 | | AWKO Coloplast Qualified Settlement Fund | Personal injury settlement proceeds as approved by 2/22/2018 court order (see docket # 31). Total gross proceeds of debtor's settlement award was $63,918.80. After payment of the MDL Fee, Expenses, Liens and Settled Contingency Fee, the net amount to the Bankruptcy Estate is $38,291.11 | | 38,291.11 | | 38,291.11 |
| | {10} | Settlement Alliance | Total gross settlement proceeds of the Settlement Award were held by Settlement Alliance, a court-approved fiduciary tasked with distributing settlement proceeds (see page 2 of the Motion, Docket # 30 for details)  $63,918.80 | 1242-000 | | | 38,291.11 |
| | {10} | Federal Multidistrict Litigation Assessment | Settlement Alliance has represented to Trustee Mason that a court ordered Federal Multidistrict Litigation Assessment of 5% gross award must be paid from the Settlement Award (see page 2 of the Motion, Docket # 30 for details)  -$3,195.94 | 1242-000 | | | 38,291.11 |
| | {10} | Baron & Budd, P.C. - PI Attorneys' Fee | PI Attorneys asserted to Trustee Mason that they were entitled to a contingency fee of 40% of the Settlement Award. Trustee negotiated a settlement with the PI Attorneys and reduced the contingency fee to 25% of the Settlement Award (calculated after payment of the Multidistrict Litigation Fee) (see page 2 of the Motion, Docket # 30 for details)  -$15,180.71 | 1242-000 | | | 38,291.11 |
| | {10} | Baron & Budd, P.C. - Attorney Expenses | PI Attorneys Expenses negotiated in addition to the 25% contingency fee (see page 2 of the Settlement Motion, Docket # 30)  -$1,653.84 | 1242-000 | | | 38,291.11 |
| | {10} | Medical Liens | Medical Liens deducted from Settlement Award after MDL and PI fees and expenses are disbursed (see page 2 of the Settlement Motion, Docket # 30, for details).  -$5,597.20 | 1242-000 | | | 38,291.11 |
| 06/01/18 | 101 | SHAW FISHMAN GLANTZ & TOWBIN LLC | Compensation and Expense Reimbursement payment to Trustee's counsel as approved by court order (see Docket # 34) | | | 12,858.72 | 25,432.39 |
| | | | Approved Compensation for Trustee's Counsel fees as | 3210-000 | | | 25,432.39 |

Page Subtotals: $38,291.11   $12,858.72

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-18322 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | REINHART, LORI A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0546 | Account #: | ******3000 Bankruptcy Estate of Lori A. Reinhart |
| For Period Ending: | 12/19/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | approved by 3/07/2018 court order (see Docket # 34) $12,762.43 | | | | |
| | | | Approved Expense Reimbursement for Trustee's Counsel expenses as authorized by 3/07/2018 court order (see Docket # 34) $96.29 | 3220-000 | | | 25,432.39 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.67 | 25,392.72 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.95 | 25,353.77 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.68 | 25,316.09 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.41 | 25,296.68 |
| 10/19/18 | 102 | TIBBLE & WESLER, CPA P.C. | Fixed Fee for Accountant Tax Services as Authorized by Court Order (see Docket # 37) | 3310-000 | | 1,200.00 | 24,096.68 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 22.86 | 24,073.82 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.81 | 24,054.01 |
| | | **COLUMN TOTALS** | | | 38,291.11 | 14,237.10 | $24,054.01 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 38,291.11 | 14,237.10 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$38,291.11** | **$14,237.10** | |

*{ } Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

**Form 2**

Exhibit B
Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 12-18322 | **Trustee Name:** | Richard J. Mason (330470) |
| **Case Name:** | REINHART, LORI A. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0546 | **Account #:** | ******3000 Bankruptcy Estate of Lori A. Reinhart |
| **For Period Ending:** | 12/19/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

|  |  |
|---:|---:|
| Net Receipts: | $38,291.11 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $38,291.11 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3000 Bankruptcy Estate of Lori A. Reinhart | $38,291.11 | $14,237.10 | $24,054.01 |
| | **$38,291.11** | **$14,237.10** | **$24,054.01** |

12/19/2018
Date

/s/Richard J. Mason
Richard J. Mason

UST Form 101-7-TFR (5/1/2011)

Printed: 12/19/2018 3:35 PM

Page: 1

## Exhibit C

## Claims Proposed Distribution Register

### Case: 12-18322 REINHART, LORI A.

**Case Balance:** $24,054.01    **Total Proposed Payment:** $24,054.01    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Abn Amro Mortgage Grou | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $24,054.01 |
| | Bmo Harris Bank | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $24,054.01 |
| | Bmo Harris Bank | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $24,054.01 |
| | TIBBLE & WESLER, CPA P.C. | Admin Ch. 7 | $1,200.00 | $1,200.00 | $1,200.00 | $0.00 | $0.00 | $24,054.01 |
| | <3310-00 Accountant for Trustee Fees (Trustee Firm)> | | | | | | | |
| | SHAW FISHMAN GLANTZ & TOWBIN LLC | Admin Ch. 7 | $96.29 | $96.29 | $96.29 | $0.00 | $0.00 | $24,054.01 |
| | <3220-00 Attorney for Trustee Expenses (Other Firm) > | | | | | | | |
| | SHAW FISHMAN GLANTZ & TOWBIN LLC | Admin Ch. 7 | $12,762.43 | $12,762.43 | $12,762.43 | $0.00 | $0.00 | $24,054.01 |
| | <3210-00 Attorney for Trustee Fees (Other Firm)> | | | | | | | |
| | Richard J. Mason | Admin Ch. 7 | $2,441.08 | $2,441.08 | $0.00 | $2,441.08 | $2,441.08 | $21,612.93 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Richard J. Mason | Admin Ch. 7 | $62.08 | $62.08 | $0.00 | $62.08 | $62.08 | $21,550.85 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | Blatt Hasenmiller Leibsker & Moore LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21,550.85 |
| | Blatt Hasenmiller Leibsker & Moore LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21,550.85 |

Printed:  12/19/2018 3:35 PM

Page: 2

# Exhibit C

## Claims Proposed Distribution Register

### Case: 12-18322 REINHART, LORI A.

**Case Balance:** $24,054.01    **Total Proposed Payment:** $24,054.01    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Blatt Hasenmiller Leibsker & Moore LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21,550.85 |
|  | Cap One | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21,550.85 |
|  | Cap One | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21,550.85 |
|  | Citi | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21,550.85 |
|  | Gecrb/jcp | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21,550.85 |
|  | Illinois Collection Service | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21,550.85 |
|  | Malcolm S. Gerald & Associates | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21,550.85 |
|  | Sears/cbna | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21,550.85 |
|  | Transworld Systems | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21,550.85 |
| 1 | CAPITAL ONE, N.A. C/O BECKET AND LEE LLP | Unsecured | $168.44 | $168.44 | $0.00 | $168.44 | $168.44 | $21,382.41 |
| 1I | CAPITAL ONE, N.A. C/O BECKET AND LEE LLP | Unsecured | $2.06 | $2.06 | $0.00 | $2.06 | $2.06 | $21,380.35 |
| SURPLUS | REINHART, LORI A. | Unsecured | $21,380.35 | $21,380.35 | $0.00 | $21,380.35 | $21,380.35 | $0.00 |
|  | **Total for Case:** | **12-18322** | **$38,112.73** | **$38,112.73** | **$14,058.72** | **$24,054.01** | **$24,054.01** |  |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-18322
Case Name: LORI A. REINHART
Trustee Name: Richard J. Mason

**Balance on hand:** $ 24,054.01

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 24,054.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard J. Mason | 2,441.08 | 0.00 | 2,441.08 |
| Trustee, Expenses - Richard J. Mason | 62.08 | 0.00 | 62.08 |
| Accountant for Trustee, Fees - TIBBLE & WESLER, CPA P.C. Retainer: $1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - SHAW FISHMAN GLANTZ & TOWBIN LLC | 12,762.43 | 12,762.43 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - SHAW FISHMAN GLANTZ & TOWBIN LLC | 96.29 | 96.29 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 2,503.16
Remaining balance: $ 21,550.85

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 21,550.85

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 21,550.85 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).
Timely claims of general (unsecured) creditors totaling $168.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CAPITAL ONE, N.A. C/O BECKET AND LEE LLP | 168.44 | 0.00 | 168.44 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 168.44 |
| Remaining balance: | $ | 21,382.41 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 21,382.41 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 21,382.41 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.18% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $2.06. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $21,380.35.

**UST Form 101-7-TFR(5/1/2011)**