**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| REINHART, LORI A. | ) | CASE NO. 12-18322 |
| | ) | |
| *Debtor* | ) | HON. JUDGE CAROL A. DOYLE |

# CERTIFICATE OF SERVICE

The undersigned, an attorney and Chapter 7 Trustee, certifies that he caused a copy of **Trustee's Final Report, Notice of Trustee's Final Report and Applications for Compensation, and Trustee's Application for Compensation and Expenses**, to be served by electronic service through the Court's electronic filing system on all persons who have consented to receive such service in the above-captioned case, and upon all other persons on the attached Service List by regular United States mail, postage- prepaid, this 1st day of February 2019

*/s/ Richard J. Mason*
Richard J. Mason

Richard J. Mason, P.C. (ARDC #01787659)
McGuireWoods LLP
77 W. Wacker Drive – Suite 4100 Chicago, Illinois 60601-1815
(312) 750-3527

## SERVICE LIST

**Electronic Mail Notice List:**

The following is the list of parties who are currently on the list to receive email notice/service for this case:

- Dwight C. Adams – dwightca@gmail.com; stacy4sloan@yahoo.com
- Adam G. Brief – Adam.Brief@usdoj.gov
- David R. Doyle – ddoyle@shawfishman.com; kjanecki@shawfishman.com
- Robert M. Fishman – rfishman@shawfishman.com; kjanecki@shawfishman.com
- Patrick S. Layng – USTPRegion11.ES.ECF@usdoj.gov
- Richard J. Mason – rmason@mcguirewoods.com, IL54@ecfcbis.com
- Joseph M. Olstein – Joseph@olsteinlaw.com

**Via U.S. Mail:**

| | | |
|---|---|---|
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Lori A. Reinhart<br>1406 Amherst Drive<br>Schaumburg, IL 60194 |
| Matthew Haynie<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, # 1100<br>Dallas, TX 75219 | HCSC / Illinois<br>ATTN: Legal Office<br>300 E. Randolph Street<br>Chicago, IL 60601 | Alystock, Witkin, Kreis & Overholtz, PLLC<br>17 E. Main Street Suite 200<br>Pensacola, FL 32502 |
| Ferrerm Poirot & Wansbrough<br>2603 Oak Lawn, Suite 300<br>Dallas, TX 75219 | Garretson Resolution Group<br>4064 Colony Road, 2ND Floor<br>Charlotte, NC 28211 | Blue Cross and Blue Shield Association<br>c/o Patrick Page<br>225 N. Michigan Ave<br>Chicago, IL 60601 |
| Garretson Resolution Group<br>c/o CT Corporation System<br>160 Mine Lake Court, STE 200<br>Raleigh, NC 27615-6417 | The Settlement Alliance<br>c/o CAPITOL CORP SERVICES<br>206 E. 9th Street, STE 1300<br>Austin, TX 78701 | |