**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: REINHART, LORI A. § Case No. 12-18322
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Richard J. Mason, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $229,700.00 | Assets Exempt: | $233,400.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $170.50 | Claims Discharged Without Payment: | $29,801.82 |
| Total Expenses of Administration: | $16,740.26 | | |

3) Total gross receipts of $38,291.11 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $21,380.35 (see **Exhibit 2**), yielded net receipts of $16,910.76 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $323,816.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $16,740.26 | $16,740.26 | $16,740.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $29,953.82 | $168.44 | $170.50 | $170.50 |
| **TOTAL DISBURSEMENTS** | $353,769.82 | $16,908.70 | $16,910.76 | $16,910.76 |

4) This case was originally filed under chapter 7 on 05/03/2012. The case was pending for 84 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/24/2019          By: /s/ Richard J. Mason
                                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Settlement Proceeds | 1242-000 | $38,291.11 |
| **TOTAL GROSS RECEIPTS** | | **$38,291.11** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| REINHART, LORI A. | Remaining Surplus Estate Funds Returned to Debtor as Approved in Trustee's Final Report | 8200-002 | $21,380.35 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$21,380.35** |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Abn Amro Mortgage Grou | 4110-000 | $71,812.00 | NA | NA | NA |
| N/F | Bmo Harris Bank | 4110-000 | $141,251.00 | NA | NA | NA |
| N/F | Bmo Harris Bank | 4110-000 | $110,753.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$323,816.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard J. Mason | 2100-000 | NA | $2,441.08 | $2,441.08 | $2,441.08 |
| Trustee, Expenses - Richard J. Mason | 2200-000 | NA | $62.08 | $62.08 | $62.08 |
| Accountant for Trustee, Fees - TIBBLE & WESLER, CPA P.C. | 3310-000 | NA | $1,200.00 | $1,200.00 | $1,200.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $178.38 | $178.38 | $178.38 |
| Attorney for Trustee Fees (Other Firm) - SHAW FISHMAN GLANTZ & TOWBIN LLC | 3210-000 | NA | $12,762.43 | $12,762.43 | $12,762.43 |
| Attorney for Trustee Expenses (Other Firm) - SHAW FISHMAN GLANTZ & TOWBIN LLC | 3220-000 | NA | $96.29 | $96.29 | $96.29 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $16,740.26 | $16,740.26 | $16,740.26 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CAPITAL ONE, N.A. C/O BECKET AND LEE LLP | 7100-000 | $152.00 | $168.44 | $168.44 | $168.44 |
| 1I | CAPITAL ONE, N.A. C/O BECKET AND LEE LLP | 7990-000 | NA | NA | $2.06 | $2.06 |
| N/F | Blatt Hasenmiller Leibsker & Moore LLC | 7100-000 | NA | NA | NA | NA |
| N/F | Blatt Hasenmiller Leibsker & Moore LLC | 7100-000 | NA | NA | NA | NA |
| N/F | Blatt Hasenmiller Leibsker & Moore LLC | 7100-000 | NA | NA | NA | NA |
| N/F | Cap One | 7100-000 | $11,450.00 | NA | NA | NA |
| N/F | Cap One | 7100-000 | $4,821.00 | NA | NA | NA |
| N/F | Citi | 7100-000 | $11,340.00 | NA | NA | NA |
| N/F | Gecrb/jcp | 7100-000 | $143.00 | NA | NA | NA |
| N/F | Illinois Collection Service | 7100-000 | $809.91 | NA | NA | NA |
| N/F | Malcolm S. Gerald & Associates | 7100-000 | $655.02 | NA | NA | NA |
| N/F | Sears/cbna | 7100-000 | $75.00 | NA | NA | NA |
| N/F | Transworld Systems | 7100-000 | $507.89 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$29,953.82** | **$168.44** | **$170.50** | **$170.50** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 12-18322 | Trustee Name: | (330470) Richard J. Mason |
| Case Name: | REINHART, LORI A. | Date Filed (f) or Converted (c): | 05/03/2012 (f) |
| | | § 341(a) Meeting Date: | 07/20/2012 |
| For Period Ending: | 04/24/2019 | Claims Bar Date: | 04/30/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1406 Amherst Drive, Schaumburg, IL, 60194-0000, Cook<br>. Entire property value: $250,000 | 125,000.00 | 0.00 | | 0.00 | FA |
| 2 | cash<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Int. in Ins. policies: Checking account at Heritage Bank of Schaumburg | 0.00 | 0.00 | | 0.00 | FA |
| 4 | checking account at Heritage Bank of Schaumburg<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 5 | 1/2 interest in 2 telvisions, computer, 4 beds,<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | personal clothing<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | wedding ring<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | video camera, eliptical and other hobby equipmen<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 9 | death benefit life insurance policy through AIG<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100,000.00 | 0.00 | | 0.00 | FA |
| 10* | Personal Injury Settlement Proceeds (u) (See Footnote) | 63,918.80 | 38,291.11 | | 38,291.11 | FA |
| 11 | 4 beds, 3 dressers, pool table, loveseat, kitchenette set, 2 couches, desk (u) | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | **Assets Totals (Excluding unknown values)** | **$293,618.80** | **$38,291.11** | | **$38,291.11** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 12-18322
**Case Name:** REINHART, LORI A.
**For Period Ending:** 04/24/2019

**Trustee Name:** (330470) Richard J. Mason
**Date Filed (f) or Converted (c):** 05/03/2012 (f)
**§ 341(a) Meeting Date:** 07/20/2012
**Claims Bar Date:** 04/30/2018

RE PROP# 10    Settlement funds approved by 2/22/2018 court order.

Total gross settlement proceeds ($63,918.80) of the Settlement Award were held by Settlement Alliance, a court approved fiduciary tasked with distributing settlement proceeds (see page 2 of the Motion, Docket # 30 for details).

Prior to Estate proceeds there were a number of deductions that were approved:
(1) $3,195.94 was paid to Federal Multidistrict Litigation Assessment representing the court approved 5% gross award from the Settlement.
(2) Baron & Budd, P.C. - (PI Attorneys' Fee) was paid $15,180.71 as a 25% contingency fee of the settlement for Personal Injury Attorney Fees.
(3) Baron & Budd, P.C. (Attorney Expenses) was paid $1,653.84 for attorney expenses as negotiated and agreed to in the Settlement Order.
(4) $5,597.20 for Medical Liens was paid after Mulitidistrict Litigation Assessment and Personal Injury attorney fees/expenses were disbursed.

Total proceeds to the Chapter 7 Lori A. Reinhart Bankruptcy Estate, after all approved deductions were disbursed/paid, is the remaining $38,291.11.

The funds were received on May 30, 2018 and deposited the next day into the Reinhart Estate.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

**Case No.:** 12-18322  
**Case Name:** REINHART, LORI A.  
**For Period Ending:** 04/24/2019

**Trustee Name:** (330470) Richard J. Mason  
**Date Filed (f) or Converted (c):** 05/03/2012 (f)  
**§ 341(a) Meeting Date:** 07/20/2012  
**Claims Bar Date:** 04/30/2018

**Major Activities Affecting Case Closing:**

Debtor Lori A. Reinhart filed for bankruptcy on May 3, 2012. Trustee Mason reviewed the case and determined there were no assets and an NDR was filed on August 3, 2012.

After the closing of the case the U.S. Trustee received notification that the Debtor is entitled to a gross settlement award of $63,918.80 for a mesh products liability claim (Case Number: 2:14-CV-17411 in the US District Court for the Southern District of West Virginia. Defendants: Mentor Worldwide, LLC and Coloplast Corporation)

Prior to filing the bankruptcy case, the Debtor unknowingly had a defective devise implanted, and post-petition, filed a product liability action to recover damages. Upon information and belief, the U.S. Trustee believes that the proceeds from the settlement may be property of the estate pursuant to 11 U.S.C. § 541(a). The case was officially reopened and Trustee Mason was reassigned.

Trustee hired outside counsel, approved by court order, to assist with this matter. Counsel is still trying to negotiate a settlement involving the defendant and debtor's lawyer. We are waiting for a response to our proposal for the lawyer to compromise his fees as of Nov. 1, 2017

Trustee's counsel concluded his study and informed the Trustee that he believes assets will be collected in this case. Thus a Report of Assets and Request for Claims Bar Date was filed on the docket on January 15, 2018 setting a bar date of April 30, 2018. Only one claim was filed.

The personal injury settlement funds were received on May 30, 2018 for $38,291.11 and deposited the next day. Trustee's counsel was paid the following week. Case was put on hold to find and hire a Tax Accountant for Estate funds in 2017-2018. An accountant was found and hired in September 2018. The accountant finalized the Estate tax returns in late October 2018 and payment was sent to accountant as ordered in early November 2018. After this payment cleared the bank, there was nothing further to do in this case and the Trustee began preparing the TFR. All assets have been fully administered. Due to the lack of creditors that filed proofs of claim there ended up being a large surplus to be returned back to the Debtor.

Trustee's Final Report was submitted to the UST Office on December 19, 2018. The UST Office approved and filed the TFR with the court on February 1, 2019. That same day, Trustee filed his Fee and Expense application and the Notice of Final Report. A Hearing date of March 6, 2019 was set for the Final Report. The Report and Trustee Fee/Expense Application were approved at the March 6, 2019 hearing. There were no objections.

The checks were made and disbursed on March 7, 2019. The Surplus distribution payment to Lori A. Reinhart cleared the bank on March 13, 2019. Trustee's Fee and Expense Reimbursement payment cleared the bank on March 14, 2019. And the Capital One, N.A. creditor payment with surplus interest cleared the bank on March 15, 2019. The bankruptcy estate's account is now at $0.00 and the Estate can be closed.

The TDR was submitted to the UST Office on March 29, 2019 for review and filing.

**Initial Projected Date Of Final Report (TFR):** 04/01/2018  
**Current Projected Date Of Final Report (TFR):** 02/01/2019 (Actual)

| 04/24/2019 | /s/Richard J. Mason |
|---|---|
| Date | Richard J. Mason |

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9

Page: 1

# Cash Receipts And Disbursements Record

| Case No.: | 12-18322 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | REINHART, LORI A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0546 | Account #: | ******3000 Bankruptcy Estate of Lori A. Reinhart |
| For Period Ending: | 04/24/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/30/18 | | AWKO Coloplast Qualified Settlement Fund  5487 San Felipe St, Suite 4550  Houston, TX 77057 | Personal injury settlement proceeds as approved by 2/22/2018 court order (see docket # 31). Total gross proceeds of debtor's settlement award was $63,918.80. After payment of the MDL Fee, Expenses, Liens and Settled Contingency Fee, the net amount to the Bankruptcy Estate is $38,291.11 | | 38,291.11 | | 38,291.11 |
| | {10} | Settlement Alliance | Total gross settlement proceeds of the Settlement Award were held by Settlement Alliance, a court-approved fiduciary tasked with distributing settlement proceeds (see page 2 of the Motion, Docket # 30 for details)  $63,918.80 | 1242-000 | | | 38,291.11 |
| | {10} | Federal Multidistrict Litigation Assessment | Settlement Alliance has represented to Trustee Mason that a court ordered Federal Multidistrict Litigation Assessment of 5% gross award must be paid from the Settlement Award (see page 2 of the Motion, Docket # 30 for details)  -$3,195.94 | 1242-000 | | | 38,291.11 |
| | {10} | Baron & Budd, P.C. - PI Attorneys' Fee | PI Attorneys asserted to Trustee Mason that they were entitled to a contingency fee of 40% of the Settlement Award. Trustee negotiated a settlement with the PI Attorneys and reduced the contingency fee to 25% of the Settlement Award (calculated after payment of the Multidistrict Litigation Fee) (see page 2 of the Motion, Docket # 30 for details)  -$15,180.71 | 1242-000 | | | 38,291.11 |
| | {10} | Baron & Budd, P.C. - Attorney Expenses | PI Attorneys Expenses negotiated in addition to the 25% contingency fee (see page 2 of the Settlement Motion, Docket # 30)  -$1,653.84 | 1242-000 | | | 38,291.11 |
| | {10} | Medical Liens | Medical Liens deducted from Settlement Award after MDL and PI fees and expenses are disbursed (see page 2 of the Settlement Motion, Docket # 30, for details).  -$5,597.20 | 1242-000 | | | 38,291.11 |
| 06/01/18 | 101 | SHAW FISHMAN GLANTZ & TOWBIN LLC  321 North Clark Street, Suite 800  Chicago, IL 60654 | Compensation and Expense Reimbursement payment to Trustee's counsel as approved by court order (see Docket # 34) | | | 12,858.72 | 25,432.39 |
| | | | Approved Compensation for | 3210-000 | | | 25,432.39 |

Page Subtotals: $38,291.11  $12,858.72

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-18322 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | REINHART, LORI A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0546 | Account #: | ******3000 Bankruptcy Estate of Lori A. Reinhart |
| For Period Ending: | 04/24/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Trustee's Counsel fees as approved by 3/07/2018 court order (see Docket # 34)  $12,762.43 | | | | |
| | | | Approved Expense Reimbursement for Trustee's Counsel expenses as authorized by 3/07/2018 court order (see Docket # 34)  $96.29 | 3220-000 | | | 25,432.39 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.67 | 25,392.72 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.95 | 25,353.77 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.68 | 25,316.09 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.41 | 25,296.68 |
| 10/19/18 | 102 | TIBBLE & WESLER, CPA P.C.  2813 WEST MAIN KALAMAZOO, MI 49006 | Fixed Fee for Accountant Tax Services as Authorized by Court Order (see Docket # 37) | 3310-000 | | 1,200.00 | 24,096.68 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 22.86 | 24,073.82 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.81 | 24,054.01 |
| 03/07/19 | 103 | RICHARD J. MASON, Trustee of the Bankruptcy Estate of Lori A. Reinhart  c/o McGuireWoods LLP, 77 West Wacker Drive, Suite # 4100 Chicago, IL 60601-1815 | Payment Awarded from 3/06/2019 Court Order Approving Trustee's Fee and Expense Application. ********-0016 | | | 2,503.16 | 21,550.85 |
| | | | Payment for Trustee Compensation Awarded from 3/06/2019 Court Order (see Final Report and Docket # 42)  $2,441.08 | 2100-000 | | | 21,550.85 |
| | | | Payment for Trustee Expenses for Shipping Costs of Checks - Awarded from 3/06/2019 Court Order (see Final Report and Docket # 42)  $62.08 | 2200-000 | | | 21,550.85 |
| 03/07/19 | 104 | Capital One, N.A.  c/o Becket and Lee LLP, PO BOX 3001 Malvern, PA 19355-0701 | Combined Distribution and Surplus Interest Payment Awarded from Final Report on Unsecured Proof of Claim # 1-1 | | | 170.50 | 21,380.35 |
| | | | Distribution Payment in-fill on Proof of Claim # 1-1 | 7100-000 | | | 21,380.35 |
| | | | **Page Subtotals:** | | **$0.00** | **$4,052.04** | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                                                ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 3

# Cash Receipts And Disbursements Record

| Case No.: | 12-18322 | Trustee Name: | Richard J. Mason (330470) |
|---|---|---|---|
| Case Name: | REINHART, LORI A. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0546 | Account #: | ******3000 Bankruptcy Estate of Lori A. Reinhart |
| For Period Ending: | 04/24/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $168.44 | | | | |
| | | | Surplus Interest Payment on Proof of Claim # 1-1 | 7990-000 | | | 21,380.35 |
| | | | $2.06 | | | | |
| 03/07/19 | 105 | REINHART, LORI A.<br>1406 AMHERST DRIVE<br>SCHAUMBURG, IL 60194 | Remaining Surplus Estate Funds Returned to Debtor as Approved in Trustee's Final Report | 8200-002 | | 21,380.35 | 0.00 |
| | | **COLUMN TOTALS** | | | 38,291.11 | 38,291.11 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 38,291.11 | 38,291.11 | |
| | | Less: Payments to Debtors | | | | 21,380.35 | |
| | | **NET Receipts / Disbursements** | | | **$38,291.11** | **$16,910.76** | |

*{ } Asset Reference(s)*     UST Form 101-7-TDR ( 10 /1/2010)     *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 4

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 12-18322 | **Trustee Name:** | Richard J. Mason (330470) |
| **Case Name:** | REINHART, LORI A. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0546 | **Account #:** | ******3000 Bankruptcy Estate of Lori A. Reinhart |
| **For Period Ending:** | 04/24/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $38,291.11 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $21,380.35 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $16,910.76 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3000 Bankruptcy Estate of Lori A. Reinhart | $38,291.11 | $16,910.76 | $0.00 |
| | **$38,291.11** | **$16,910.76** | **$0.00** |

04/24/2019                                    /s/Richard J. Mason
Date                                          Richard J. Mason

UST Form 101-7-TDR (10 /1/2010)